IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL E. HANNUM,

Defendant.

**8:03CR569 AND 8:16CR313**

**RELEASE ORDER**

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:00 p.m. on August 10, 2017

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

May 10, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge